RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AUG 2 5 2026
DANIEL J. McCOY, CLERK
BY: mlh

(Rev. 12/8/2020)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
______________ DIVISION

Kenneth Allbritton
Plaintiff

Civil Action No. 5:26-cv-3246 SEC. P

Prisoner # 478237

VS.

Judge ______________

David Wade Correc CTR
Defendant

Magistrate Judge ______________

## COMPLAINT
## PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

### I. Previous Lawsuits

a. Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes ______ No ✓

b. If your answer to the preceding question is "Yes," provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

______________________________

______________________________

2. Name the parties to the previous lawsuit(s):

Plaintiffs: ______________________________

Defendants: ______________________________

3. Docket number(s): ______________________________

4. Date(s) on which each lawsuit was filed: ______________________________

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

______________________________

(Rev. 12/8/2020)

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ______ No ✓

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

______________________________

______________________________

**II. a. Name of institution and address of current place of confinement:**

David Wade Correctional Center 670 Bell Hill Rd. Homer, La. 71040

b. Is there a prison grievance procedure in this institution?

Yes ______ No ______

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

   Yes ✓ No ______

2. If you did not file an administrative grievance, explain why you have not done so.

   ______________________________

   ______________________________

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

   I wasn't able to get further than step one here because they never submitted my ARP,

   Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III. Parties to Current Lawsuit:**

a. Plaintiff, Kenneth Allbritton

Address 670 Bell Hill Rd. Homer, La. 71040

(Rev. 12/15/2023)

b. Defendant, Eddie Kennedy, is employed as Major at David Wade Correc. CTR

Defendant, Kevin Kidd, is employed as Col. at David Wade Correc. CTR

Defendant, ______, is employed as ______ at ______.

Additional defendants, ______

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS. IF EXTRA PAGES ARE REQUIRED TO STATE THE FACTS OF YOUR CASE, YOU ARE LIMITED TO FIVE TYPEWRITTEN OR TEN LEGIBLE HANDWRITTEN PAGES PURSUANT TO LOCAL CIVIL RULE 3.2**

Because of Major Kennedy's constant harassment, verbal abuse and disrespect towards my religion on May 11, 2026 I submitted an ARP/TORT for INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS to Col. Hausser which he gave to Col. Kidd in South Side Security where Kidd gave me copies of it informing me that he would speak to him. The next day he asked was he still harassing me, I said no and thanks. He then asked what I wanted to do with the ARP, and I told him that my wife and I decided to follow through with it because we didn't trust Kennedy. On Aug. 1 2026 while working in the N3 lobby at about 10:30 am. Mjr. Kennedy retaliated on me with worse behavior than before,

screaming fuck my religion, etc. while threatening to
spray me with mace multiple times throughout the
process when I posed no threat stopping me from
working, I was petrified. He then put me in cuffs
and locked me up because he said I acted like he
was a nobody. Not knowing why I was locked up I
recieved my disciplinary report the next day saying
that I refused to work twice when I never
was asked to work once, I was already working. Co-
urt was Aug. 5, 2026 and Col. Kidd was one of the
judges. I presented my argument stating the fact
that I had an ARP in on Kennedy, etc., I was
still found guilty with no investigation because the
camera footage will show that I was working and
I never refused. I was sentenced to 15 days and
it was then that I realized that Col. Kidd never
sent my ARP to the Warden. When one goes out their
way to hurt and lie on a person that's dangerous.
I am now scared for my safety and life here as
Major Kennedy constantly brags about being a mon-
ster and a member of the blood gang and I'm from
down south La., I'm not gang affiliated and all I do
is my job, sports, GOD and my family, that I'm
trying to make it home to.

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

$47,000, these two correctional officers banned from law enforcement and me shipped closer to home in a safer prison.

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

**Signed this** 21 **day of** Aug. **, 20** 26 .

478237 — **Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

KO — **Signature of Plaintiff**