*TORT IIRD

"ARP"

5-11-26

I'm requesting that the ongoing harassment and verbal abuse from Major Kennedy is stopped. His unjust and unprofessional conduct is the complete opposite of the directive of the DOC policy. I'm a very respectful person and I don't violate in any way. When he dresses or undresses us for work within the warehouse he constantly makes insulting remarks about me and my family, while almost screaming at the top of his lungs, as he stands over me he tells me that I'm not a Hebrew profanely disrespecting my religion and me as a man as if he's trying to push me to mimic his boisterous behavior creating a hostile environment. His remarks are ANTISEMITIC and threatening in a world where people are constantly being persecuted, and some wrongly prosecuted for following their GOD. On top of that I just buried my Mom at the end of Jan. 2026 while requesting a transfer since 2024 so that I could see her before she died, and yesterday, Mother's Day, he did it again; of all days, standing over me getting in my face as if he's demonically possessed threatening to lock me up for nothing. Coincidentally my Dad is also perishing from Cancer and getting locked up could cause me to lose my right to be shipped as he tells me he hopes he gets to see me before he dies, let alone me loved

* TORT FILED

ones, wife and children that I haven't seen in almost five years. I have a million and one reasons to fly straight with only a year and a half left and this guy has been purposely attacking me ever since I told him that I was a Hebrew acting like he's the one that needs to be locked up attempting to take my peace because he has no peace.

"Intentional Infliction of Emotional Distress"

When someone purposely does something outrageous that makes you feel upset acting in a way that is extreme for the purpose of causing emotional di-stress; and this has been caused by Major Kennedy's misconduct.

Sincerely, Kenneth Allbritton

KA

# 478237