DWCC

AUG 2 1 2026

NOT RESPONSIBLE FOR CONTENTS

Kenneth Allbritton
David Wade Corr CTR
620 Bell Hill Rd.
Homer, La. 71040

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AUG 2 5 2026
DANIEL J. McCOY, CLERK
BY: mdh

SHREVEPORT LA 710
22 AUG 2026 AM 1 L

UNITED STATES OF AMERICA FOREVER/USA
UNITED STATES OF AMERICA FOREVER/USA

Clerk of the United States District
Court for the Western District of Louisiana
300 Fannin Street, Suite 1167
Shreveport, LA 71101-3083

X-RAYED

71101-308399